| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
| | Federal Defender |
| 2 | JEROME PRICE, SBN 282400 |
| | CHRISTINA SINHA, SBN 278893 |
| 3 | Assistant Federal Defender |
| | Designated Counsel for Service |
| 4 | 801 I Street, Third Floor |
| | Sacramento, CA 95814 |
| 5 | T: (916) 498-5700 F: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | JUSTIN JOHNSON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17-CR-196-TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE** |
| | ) | **STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) | |
| | ) | Date: December 5, 2019 |
| JUSTIN JOHNSON, | ) | Time: 9:30 A.M. |
| | ) | Judge: Hon. Troy L. Nunley |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED and agreed by and between McGregor W. Scott, United States Attorney, through Justin Lee, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Christina Sinha, counsel for Defendant Justin Johnson, that the status conference currently set for December 5, 2019 may be continued to January 30, 2020 at 9:30 a.m. The parties further stipulate as follows:

1. The discovery in this case includes over 14,000 pages and hours of audio recordings.
2. The defense requires additional time to review the discovery, conduct investigations, and otherwise prepare for trial.
3. Defense counsel believes that failure to grant the requested continuance would deny it the reasonable time necessary for effective defense preparation, taking into account the exercise of due diligence.

-1-

4. The government does not oppose the continuance.

5. Therefore, for the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties stipulate that the time period between December 5, 2019 and January 30, 2020, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it results from a continuance granted by the Court at the defendant's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Johnson in a speedy trial, and request the Court so to find.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 3, 2019        */s/ Christina Sinha*
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
JUSTIN JOHNSON

Date: December 3, 2019        MCGREGOR W. SCOTT
United States Attorney

*/s/ Justin Lee*
JUSTIN LEE
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: December 3, 2019

Troy L. Nunley
United States District Judge