McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00196-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JUSTIN JOHNSON, | DATE: January 30, 2020 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 30, 2020.

2. By this stipulation, the defendant now moves to continue the status conference until April 23, 2020, at 9:30 a.m., and to exclude time between January 30, 2020, and April 23, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 14,000 pages and several hours of recorded telephone conversations. All of this discovery has been produced directly to counsel.

| | |
|---|---|
| 1 |       b)    Defense counsel desired additional time to review the discovery, |
| 2 | conduct research into the case, to discuss the case with his client, and otherwise |
| 3 | prepare for trial in this matter. |

      c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 30, 2020, to April 23, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 29, 2020

                                                McGREGOR W. SCOTT
                                                United States Attorney

                                                /s/ JUSTIN L. LEE
                                                JUSTIN L. LEE
                                                Assistant United States Attorney

Dated:  January 29, 2020          /s/ JEROME PRICE
                                  JEROME PRICE
                                  (as authorized on January 29, 2020)
                                  Counsel for Defendant
                                  JUSTIN JOHNSON

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 29th day of January, 2020.

_____
Troy L. Nunley
United States District Judge