```
HEATHER E. WILLIAMS, SBN 122664
Federal Defender
JEROME PRICE, SBN 282400
CHRISTINA SINHA, SBN 278893
Assistant Federal Defenders
801 I Street, Third Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
JUSTIN JOHNSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-196 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| JUSTIN JOHNSON, | Date: September 24, 2020 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. Troy L. Nunley |

Plaintiff United States of America, by and through its counsel of record, and Defendant, Mr. Johnson, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 24, 2020.

2. By this stipulation, Mr. Johnson now moves to continue the status conference to November 19, 2020, at 9:30 a.m., and to exclude time between September 24, 2020 and November 19, 2020 (inclusive) under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes over 14,000 pages and several hours of recorded telephone conversations. All of this discovery has been produced directly to counsel.

Stipulation and Order to Continue Status Conference        -1-        *United States v. Johnson*, 2:17-cr-196-TLN

      b)      Defense counsel desires additional time to review the discovery, conduct research into the case, to discuss the case with Mr. Johnson, and otherwise prepare for trial in this matter.

      c)      Defense counsel believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and Mr. Johnson in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing the time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period of September 24, 2020 to November 19, 2020 (inclusive) is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it would result from a continuance granted by the Court at Mr. Johnson's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and Mr. Johnson in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: September 16, 2020

                              Respectfully submitted,

                              HEATHER E. WILLIAMS
                              Federal Defender

                              */s/ Christina Sinha*
                              CHRISTINA SINHA
                              JEROME PRICE
                              Assistant Federal Defenders
                              Attorneys for JUSTIN JOHNSON

1
2   DATED: September 16, 2020        MCGREGOR W. SCOTT
                                    United States Attorney
3
                                    */s/ Justin Lee*
4                                   JUSTIN LEE
                                    Assistant United States Attorney
5                                   Attorney for Plaintiff
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including November 19, 2020, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the September 24, 2020 status conference shall be continued until November 19, 2020, at 9:30 a.m.

DATED:  September 16, 2020

_____
Troy L. Nunley
United States District Judge