| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
| | Federal Defender |
| 2 | JEROME PRICE, SBN 282400 |
| | CHRISTINA SINHA, SBN 278893 |
| 3 | Assistant Federal Defenders |
| | 801 I Street, Third Floor |
| 4 | Sacramento, CA  95814 |
| | T: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | JUSTIN JOHNSON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:17-CR-196 TLN |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | |
| JUSTIN JOHNSON, | ) ) | Date: November 19, 2020 |
| Defendant. | ) ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. Troy L. Nunley |

Plaintiff United States of America, by and through its counsel of record, and Defendant, Mr. Johnson, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 19, 2020.

2. By this stipulation, Mr. Johnson now moves to continue the status conference to January 14, 2021, at 9:30 a.m., and to exclude time between November 19, 2020 and January 14, 2021 (inclusive) under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 14,000 pages and several hours of recorded telephone conversations. This discovery has been produced directly to counsel.

b)   Defense counsel desires additional time to review the discovery, conduct research into the case, to discuss the case with Mr. Johnson, and otherwise prepare for trial in this matter.

c)   Defense counsel believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)   The government does not object to the continuance.

e)   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and Mr. Johnson in a trial within the original date prescribed by the Speedy Trial Act.

f)   For the purpose of computing the time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period of November 19, 2020 to January 14, 2021 (inclusive) is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it would result from a continuance granted by the Court at Mr. Johnson's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and Mr. Johnson in a speedy trial.

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: November 18, 2020

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Christina Sinha*
CHRISTINA SINHA
JEROME PRICE
Assistant Federal Defenders
Attorneys for JUSTIN JOHNSON

1
2   DATED: November 18, 2020           MCGREGOR W. SCOTT
                                       United States Attorney
3
                                       */s/ Justin Lee*
4                                      JUSTIN LEE
                                       Assistant United States Attorney
5                                      Attorney for Plaintiff
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including January 14, 2021, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the November 19, 2020 status conference shall be continued until January 14, 2021 at 9:30 a.m.

DATED:  November 18, 2020

_____
Troy L. Nunley
United States District Judge