1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

7

8                 UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                CASE NO.  2:17-CR-00196-TLN

12                          Plaintiff,       STIPULATION REGARDING EXCLUDABLE
                                             TIME PERIODS UNDER SPEEDY TRIAL
13              v.                           ACT; FINDINGS AND ORDER

14  JUSTIN JOHNSON,                          DATE: March 11, 2021
                                             TIME:  9:30 a.m.
15                          Defendant.       COURT: Hon. Troy L. Nunley

16

17                          **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and

19  defendant, by and through defendant's counsel of record, hereby stipulate as follows:

20       1.     By previous order, this matter was set for status on March 11, 2021.

21       2.     By this stipulation, the defendant now moves to continue the status

22  conference until May 27, 2021, at 9:30 a.m., and to exclude time between March 11, 2021,

23  and May 27, 2021, under Local Code T4.

24       3.     The parties agree and stipulate, and request that the Court find the

25  following:

26          a)     The government has represented that the discovery associated with

27  this case includes over 14,000 pages and several hours of recorded telephone

28  conversations.  All of this discovery has been produced directly to counsel.

1      b)      Defense counsel desired additional time to review the discovery,

2   conduct research into the case, to discuss the case with his client, and otherwise

3   prepare for trial in this matter.

4      c)      Counsel for defendant believes that failure to grant the above-

5   requested continuance would deny him the reasonable time necessary for effective

6   preparation, taking into account the exercise of due diligence.

7      d)      The government does not object to the continuance.

8      e)      Based on the above-stated findings, the ends of justice served by

9   continuing the case as requested outweigh the interest of the public and the

10  defendant in a trial within the original date prescribed by the Speedy Trial Act.

11     f)      For the purpose of computing time under the Speedy Trial Act, 18

12  U.S.C. § 3161, et seq., within which trial must commence, the time period of March

13  11, 2021, to May 27, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§

14  3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted

15  by the Court at defendant's request on the basis of the Court's finding that the ends

16  of justice served by taking such action outweigh the best interest of the public and

17  the defendant in a speedy trial.

18  4.      Nothing in this stipulation and order shall preclude a finding that other

19  provisions of the Speedy Trial Act dictate that additional time periods are excludable from

20  the period within which a trial must commence.

21  IT IS SO STIPULATED.

22

23   Dated:  March 8, 2021                          PHILLIP A. TALBERT
                                                     Acting United States Attorney
24

25                                                   /s/ JUSTIN L. LEE
                                                     JUSTIN L. LEE
26                                                   Assistant United States Attorney

27

28

STIPULATION REGARDING EXCLUDABLE TIME                2
PERIODS UNDER SPEEDY TRIAL ACT

Dated:  March 8, 2021

/s/ JEROME PRICE
JEROME PRICE
(as authorized on March 8, 2021)
Counsel for Defendant
JUSTIN JOHNSON

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 9th day of March, 2021.

Troy L. Nunley
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3