1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  JEROME PRICE, SBN 282400
   CHRISTINA SINHA, SBN 278893
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, Third Floor
   Sacramento, CA 95814
5  T: (916) 498-5700

6  Attorneys for Defendant
   JUSTIN JOHNSON
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

   UNITED STATES OF AMERICA,      )  Case No.  2:17-CR-196-TLN
11                                 )
              Plaintiff,           )  **STIPULATION AND ORDER TO CONTINUE**
12                                 )  **STATUS CONFERENCE AND EXCLUDE TIME**
                 vs.               )
13                                 )  Date:   August 5, 2021
   JUSTIN JOHNSON,                 )  Time:  9:30 A.M.
14                                 )  Judge: Hon. Troy L. Nunley
              Defendant.           )
15  _____ )

16         IT IS HEREBY STIPULATED and agreed by and between Acting United States

17  Attorney Phillip A. Talbert, through Assistant United States Attorney Justin Lee, counsel for

18  Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina

19  Sinha, counsel for Mr. Johnson, that the status conference currently set for August 5, 2021 **may**

20  **be continued to October 28, 2021 at 9:30 a.m.**  The parties further stipulate as follows:

21         1.     The discovery in this case includes over 14,000 pages and hours of audio

22                recordings.

23         2.     The defense requires additional time to review the discovery, conduct

24                investigations, and otherwise prepare for trial.

25         3.     Defense counsel believes that failure to grant the requested continuance would

26                deny them the reasonable time necessary for effective defense preparation, taking

27                into account the exercise of due diligence.

28

1      4.     The government does not oppose the continuance.

2      5.     Therefore, for the purpose of computing time under 18 U.S.C. § 3161 *et seq.*

3      (Speedy Trial Act), the parties stipulate that the time period between August 5,

4      2021 and October 28, 2021, inclusive, is excludable pursuant to 18 U.S.C. §

5      3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance

6      granted by the Court at Mr. Johnson's request, based on a finding that the ends of

7      justice served by granting the continuance outweighs the best interest of the

8      public and Mr. Johnson in a speedy trial, and request the Court so to find.

9

10      Respectfully submitted,

11      HEATHER E. WILLIAMS
Federal Defender

12

13 Date: July 28, 2021      */s/  Christina Sinha*
CHRISTINA SINHA

14      Assistant Federal Defender
Attorneys for Defendant

15      JUSTIN JOHNSON

16

17 Date: July 28, 2021      PHILLIP A. TALBERT

18      Acting United States Attorney

19      */s/ Justin Lee*
JUSTIN LEE

20      Assistant United States Attorney
Attorneys for Plaintiff

21

22

23

24

25

26

27

28

1

## **O R D E R**

2         The Court, having received and considered the parties' stipulation, and good cause

3 appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5 IT IS SO ORDERED.

6

7 Dated: July 29, 2021

8                                                    Troy L. Nunley
                                                     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28