HEATHER E. WILLIAMS, SBN 122664
Federal Defender
JEROME PRICE, SBN 282400
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700

Attorneys for Defendant
JUSTIN JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:17-CR-196-TLN |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER FOR PRE-PLEA PRESENTENCE REPORT** |
| vs. | ) | |
| JUSTIN JOHNSON, | ) ) ) | Date: July 14, 2022<br>Time: 9:30 A.M.<br>Judge: Hon. Troy L. Nunley |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Justin Lee, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Johnson, that a pre-plea presentence report containing probation's calculation of Mr. Johnson's criminal history and potential application of the sentencing guidelines would be appropriate in this matter, and respectfully request the Court to order probation to produce such a report. The parties specifically stipulate as follows:

1. This matter is currently set for a status conference on July 14, 2022. ECF No. 79.
2. Mr. Johnson's criminal history is convoluted and may or may not trigger the application of the Career Offender Guidelines. Depending on the calculation, Mr. Johnson's sentencing exposure could vary extremely significantly.
3. Advance knowledge of probation's calculation could lead to a negotiated

resolution that would save the parties from unnecessarily burdening the Court's trial calendar.

4. The parties have conferred with probation, which is amendable to the request, but conveyed that their office would require an order from the Court before commencing work on the report.

5. Therefore, the parties respectfully request the Court to order probation to prepare a pre-plea presentence report that includes Mr. Johnson's criminal history calculation, including whether or not the Career Offender guidelines apply.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 7, 2022

/s/ Christina Sinha
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
JUSTIN JOHNSON

Date: June 7, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ Justin Lee
JUSTIN LEE
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

It is ORDERED that Probation shall prepare a pre-plea criminal history calculation in this case that includes the defendant's criminal history calculation, including whether the Career Offender Guidelines apply. Probation shall disclose a copy to the defendant's counsel and the United States upon completion.

IT IS SO ORDERED.

Dated: June 7, 2022

Troy L. Nunley
United States District Judge