HEATHER E. WILLIAMS, SBN 122664
Federal Defender
JEROME PRICE, SBN 282400
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700

Attorneys for Defendant
JUSTIN JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:17-CR-196-TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE** |
| | ) | **STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) | |
| | ) | Date:   September 8, 2022 |
| JUSTIN JOHNSON, | ) | Time:  9:30 A.M. |
| | ) | Judge: Hon. Troy L. Nunley |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Justin Lee, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Johnson, that the status conference currently set for September 08, 2022 **may be continued to September 29, 2022 at 9:30 a.m.**  The parties further stipulate as follows:

1.    The discovery in this case includes over 14,000 pages and hours of audio recordings.

2.    The defense requires additional time to review the discovery, conduct investigations, and otherwise prepare for trial.

3.    Defense counsel believes that failure to grant the requested continuance would deny them the reasonable time necessary for effective defense preparation, taking into account the exercise of due diligence.

4.      The government does not oppose the continuance.

5.      Therefore, for the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties stipulate that the time period between September 08, 2022 and September 29, 2022, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at Mr. Johnson's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Johnson in a speedy trial, and request the Court so to find.

6.      At the September 29, 2022 hearing, the parties anticipate that either i) Mr. Johnson will ask to enter a guilty plea or ii) the parties will set the matter for trial and request a date sometime in 2023, depending on the Court's availability.  Should the former occur, the defense will alert the Court ahead of time that it wishes to convert the status conference into a change of plea hearing.

7.      Due to defense counsel's trial schedule and the upcoming winter holidays, if Mr. Johnson pleads guilty, the parties will request the following amended presentence report disclosure schedule:

- Draft presentence report due January 12, 2023;
- Informal objections due January 26, 2023;
- Presentence report due February 02, 2023;
- Formal objections due February 09, 2023;
- Replies and sentencing memos due February 16, 2023; and
- Judgment and Sentencing hearing on February 23, 2023 at 9:30 a.m.

*The remainder of this page is intentionally blank.  Signature blocks immediately follow.*

1

2                                  Respectfully submitted,

3                                  HEATHER E. WILLIAMS
                                   Federal Defender
4

5   Date: August 22, 2022          */s/  Christina Sinha*
                                   CHRISTINA SINHA
6                                  Assistant Federal Defender
                                   Attorneys for Defendant
7                                  JUSTIN JOHNSON

8

9   Date: August 22, 2022          PHILLIP A. TALBERT
                                   United States Attorney
10

11                                 */s/ Justin Lee*
                                   JUSTIN LEE
12                                 Assistant United States Attorney
                                   Attorneys for Plaintiff
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.   The status conference, currently set for September 08, 2022 is hereby reset for September 29, 2022, with time between and including those dates excluded under Local Code T-4.

IT IS SO ORDERED.

Dated: August 22, 2022

Troy L. Nunley
United States District Judge

-4-